UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JOHN F. BURDICK, | ) |
| | ) |
| vs. | ) Case No. 08-6065-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security. | ) |
| | ) |

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings and conclusions in this case. Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

**IT IS SO ORDERED.**

April 6 , 2009                         Ann Thompson
Date                                    Clerk of the Court

Entered on: April 7, 2009            s/ Karen Siegert
                                            (By) Deputy Clerk